|  | Message3620 |
|---|---|
| Subject: | wil this work? |
| From: | "Thomas Carper, PhD, Ed D" <carper@university-services.net> |
| Date: | Fri, 1 Aug 2003 14:02:18 -0700 |
| To: | "Amy" <admin@advancedu.org> |
| CC: | <degrees@university-services.net> |

**Message Body**

Hi Amy, can you please put this on letterhead and then forward it to me and to Rick?

Thanks
Dixie

TO: ███████

Dear Mr. ███████,

Saint Regis University wishes to thank you for the prompt and professional service received during your term as First Secretary & Consul in the Liberian Embassy, Washington DC.

As you are aware, since your departure there seems to be no one in charge of verification of any official records.

This is a serious matter because many US students as well as employers, military services and other agencies require proof of such recognition as validation of the degree and customarily contact the embassies in WA DC to verify accreditations of non-US schools.

Official records of St. Regis University's Charter by an act of Legislation in 1984 and its full accreditation and recognition by Liberia's Education Ministry in August of 2002 as a legal, valid and authentic university, operating under the authority and in conformity with all current laws and regulations ruling educational competency certification of the Republic of Liberia are on file and are archived in Monrovia.

But, since the recent civil unrest these records have not been made available to the public, nor does there seem to be anyone in any official capacity available to verify these important facts.

To provide assistance in remedying this situation, our University has committed to full support of your return to political office. Our Board and Senate have the utmost confidence in your abilities to effectively carry out official duties with honestly and integrity.

To this end, Saint Regis University is providing financial resources for your trip to Accra, Ghana along with Dr. ███████ August 6th- 20th 2003, with the specific intent to carry out requirements placing you into the appropriate Liberian political office.

We are appreciative of your assurances that once you are in political office you will ensure that the verifications of all Saint Regis University records of National Charter, accreditation and recognition by the Commission on Higher Education are made available to the public and all inquirers, and will be acknowledged by the proper governmental authorities without

GOVERNMENT
EXHIBIT
13

delay.

Our Board and Senate will forward all funds and travel arrangements to you and Dr. ▓▓▓ upon acknowledgement of this letter.

Yours Faithfully,

Thomas Carper, President
Saint Regis University (SRU)
http://saintregis.edu.lr

**Acknowledgements:**

███████